IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KOMAR MAUI PROPERTIES I LLC, a Hawaii limited liability company, | CIVIL NO. 1:24-cv-00178 |
| Plaintiff, | DEMAND FOR JURY TRIAL |
| vs. | |
| COUNTY OF MAUI; COUNTY OF MAUI DEPARTMENT OF ENVIRONMENTAL MANAGEMENT; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10, | |
| Defendants. | |

## **DEMAND FOR JURY TRIAL**

Plaintiff KOMAR MAUI PROPERTIES I LLC, by and through its undersigned counsel, hereby demands trial by jury of all issues so triable in the above-entitled action.

DATED:  Honolulu, Hawaii, April 17, 2024.


*/s/ Lindsay E. Orman*
SHARON V. LOVEJOY
LINDSAY E. ORMAN
KARI NOBORIKAWA

Attorneys for Plaintiff
KOMAR MAUI PROPERTIES I LLC

2998904