STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| SHARON V. LOVEJOY | 5083 |
| LINDSAY E. ORMAN | 9933 |
| KARI NOBORIKAWA | 11600 |

733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100

Attorneys for
KOMAR MAUI PROPERTIES I LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KOMAR MAUI PROPERTIES I LLC, a Hawaii limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI DEPARTMENT OF ENVIRONMENTAL MANAGEMENT; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:24-cv-00178-KJM<br><br>**[PROPOSED] STIPULATION TO CONSOLIDATE CIVIL NOS. 24-CV-00178-KJM AND 24-CV-00203-MWJS-KJM AND ORDER** |
| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KOMAR MAUI PROPERTIES I LLC, a Hawaii limited liability company,<br><br>　　　　Defendant. | CIVIL NO. 1:24-cv-00203-MWJS-KJM |

3057754v2

STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

| SHARON V. LOVEJOY | 5083 |
| LINDSAY E. ORMAN | 9933 |
| KARI NOBORIKAWA | 11600 |

733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100

Attorneys for
KOMAR MAUI PROPERTIES I LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KOMAR MAUI PROPERTIES I LLC, a Hawaii limited liability company,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF MAUI; COUNTY OF MAUI DEPARTMENT OF ENVIRONMENTAL MANAGEMENT; JOHN DOES 1-10; JANE DOES 1-10; DOE ENTITIES 1-10; DOE GOVERNMENTAL UNITS 1-10,<br><br>　　　　　Defendants. | CIVIL NO. 1:24-cv-00178-KJM<br><br><br>**STIPULATION TO CONSOLIDATE CIVIL NOS. 24-CV-00178-KJM AND 24-CV-00203-MWJS-KJM AND ORDER** |
| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KOMAR MAUI PROPERTIES I LLC, a Hawaii limited liability company,<br><br>　　　　　Defendant. | CIVIL NO. 1:24-cv-00203-MWJS-KJM |

3057754v2

## STIPULATION TO CONSOLIDATE CIVIL NOS. 24-CV-00178-KJM AND 24-CV-00203-MWJS-KJM AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between KOMAR MAUI PROPERTIES I LLC ("***Komar***"), on the one hand, and County of Maui and County of Maui Department of Environmental Management (collectively, "***Maui County***"), on the other hand, by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure Rule 42(a)(2), that the above-referenced matters 24-CV-00178-KJM and 24-CV-00203-MWJS-KJM be consolidated.

The parties agree that each pleading, paper or order filed will show in the caption, the style and case number of both cases and that the cases have been consolidated, unless the court otherwise instructs. The parties further agree to abide by the scheduling order entered in 24-CV-00203-MWJS-KJM as the scheduling order for the consolidated cases, with County of Maui and the County of Maui Department of Environmental Management being Plaintiff for the purposes of that order.

This Stipulation is made and is entered into by all appearing parties and may be signed in counterparts with the same effect as if all parties had signed the same document.

2

DATED:  Honolulu, Hawaii, July 18, 2024.

*/s/ Lindsay E. Orman*
SHARON V. LOVEJOY
LINDSAY E. ORMAN
KARI NOBORIKAWA

Attorneys for
KOMAR MAUI PROPERTIES I LLC


*/s/ Mariana Löwy-Gerstmar*
VICTORIA J. TAKAYESU, ESQ.
MARIANA LÖWY-GERSTMAR, ESQ.
THOMAS W. KOLBE, ESQ.

Attorneys for
COUNTY OF MAUI and COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT


APPROVED AND SO ORDERED

---

*Komar Maui Properties I LLC v. County of Maui, et al.,* Civil No. 1:24-cv-00178-KJM; *County of Maui, Department of Environmental Management v. Komar Maui Properties I LLC,* Civil No. 1:24-cv-00203-MWJS-KJM; **STIPULATION TO CONSOLIDATE CIVIL NOS. 24-CV-00178-KJM AND 24-CV-00203-MWJS-KJM AND ORDER**